UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-81873-Civ-Marra/Matthewman

ASHLEY M. CARPENTER,

    Plaintiff,

v.

TOTAL CREDIT RECOVERY INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Joint Stipulation for Dismissal with Prejudice (DE 64). The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved. Accordingly, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in chambers in West Palm Beach, Palm Beach County, this 29th day of March, 2018.

KENNETH A. MARRA
United States District Judge